# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re: ACTION ENTRANCES, INC. § Case No. 2:10-30751-RTB-EPB
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DALE D ULRICH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $3,250.00        Assets Exempt: $0.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $20,963.93    Claims Discharged
>                                                Without Payment: $404,048.75
>
> Total Expenses of Administration: $59,859.64

3) Total gross receipts of $ 80,823.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $80,823.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,198.28 | $66,428.60 | $66,428.60 | $20,963.93 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 59,859.64 | 59,859.64 | 59,859.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 119,634.38 | 119,634.38 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 227,009.51 | 309,730.46 | 309,730.46 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 164,883.03 | 101,045.54 | 101,045.54 | 0.00 |
| **TOTAL DISBURSEMENTS** | $398,090.82 | $656,698.62 | $656,698.62 | $80,823.57 |

   4) This case was originally filed under Chapter 7 on September 24, 2010. The case was pending for 33 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2015          By: /s/DALE D ULRICH
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1129-000 | 260.00 |
| BANK ACCOUNTS | 1129-000 | 20.16 |
| ACCOUNTS RECEIVABLE | 1121-000 | 29,539.41 |
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1129-000 | 10,000.00 |
| INVENTORY | 1129-000 | 41,004.00 |
| **TOTAL GROSS RECEIPTS** | | **$80,823.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Arizona Department of Economic Security | 4800-000 | 6,198.28 | 8,508.94 | 8,508.94 | 0.00 |
| 3S | Arizona Department of Revenue | 4800-000 | N/A | 35,757.39 | 35,757.39 | 20,963.93 |
| 20 | Clark Security Products, Inc. | 4220-000 | N/A | 22,162.27 | 22,162.27 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,198.28** | **$66,428.60** | **$66,428.60** | **$20,963.93** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DALE D ULRICH | 2100-000 | N/A | 7,291.18 | 7,291.18 | 7,291.18 |
| DALE D ULRICH | 2200-000 | N/A | 216.35 | 216.35 | 216.35 |
| LANE & NACH, P.C. | 3210-000 | N/A | 3,754.00 | 3,754.00 | 3,754.00 |
| LANE & NACH, P.C. | 3220-000 | N/A | 8.40 | 8.40 | 8.40 |
| U.S. TRUSTEE | 2950-000 | N/A | 39,325.00 | 39,325.00 | 39,325.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 26.56 | 26.56 | 26.56 |
| Rabobank, N.A. | 2600-000 | N/A | 31.15 | 31.15 | 31.15 |
| Rabobank, N.A. | 2600-000 | N/A | 42.94 | 42.94 | 42.94 |
| LANE & NACH, P.C. | 3210-000 | N/A | 6,951.00 | 6,951.00 | 6,951.00 |
| LANE & NACH, P.C. | 3220-000 | N/A | 92.85 | 92.85 | 92.85 |
| Rabobank, N.A. | 2600-000 | N/A | 54.56 | 54.56 | 54.56 |
| Rabobank, N.A. | 2600-000 | N/A | 49.42 | 49.42 | 49.42 |
| Rabobank, N.A. | 2600-000 | N/A | 48.96 | 48.96 | 48.96 |
| Rabobank, N.A. | 2600-000 | N/A | 63.24 | 63.24 | 63.24 |
| Rabobank, N.A. | 2600-000 | N/A | 63.51 | 63.51 | 63.51 |
| Rabobank, N.A. | 2600-000 | N/A | 65.98 | 65.98 | 65.98 |
| Rabobank, N.A. | 2600-000 | N/A | 80.53 | 80.53 | 80.53 |
| Rabobank, N.A. | 2600-000 | N/A | 73.23 | 73.23 | 73.23 |
| Rabobank, N.A. | 2600-000 | N/A | 92.08 | 92.08 | 92.08 |
| Rabobank, N.A. | 2600-000 | N/A | 91.11 | 91.11 | 91.11 |
| Rabobank, N.A. | 2600-000 | N/A | 83.63 | 83.63 | 83.63 |
| Rabobank, N.A. | 2600-000 | N/A | 86.59 | 86.59 | 86.59 |
| Rabobank, N.A. | 2600-000 | N/A | 96.31 | 96.31 | 96.31 |
| Rabobank, N.A. | 2600-000 | N/A | 90.89 | 90.89 | 90.89 |
| Rabobank, N.A. | 2600-000 | N/A | 87.73 | 87.73 | 87.73 |
| Rabobank, N.A. | 2600-000 | N/A | 101.19 | 101.19 | 101.19 |
| Rabobank, N.A. | 2600-000 | N/A | 88.86 | 88.86 | 88.86 |
| Rabobank, N.A. | 2600-000 | N/A | 97.92 | 97.92 | 97.92 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 94.71 | 94.71 | 94.71 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 83.62 | 83.62 | 83.62 |
| Rabobank, N.A. | 2600-000 | N/A | 106.85 | 106.85 | 106.85 |
| Rabobank, N.A. | 2600-000 | N/A | 94.34 | 94.34 | 94.34 |
| Rabobank, N.A. | 2600-000 | N/A | 88.92 | 88.92 | 88.92 |
| Rabobank, N.A. | 2600-000 | N/A | 102.28 | 102.28 | 102.28 |
| Rabobank, N.A. | 2600-000 | N/A | 98.75 | 98.75 | 98.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $59,859.64 | $59,859.64 | $59,859.64 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NABCO ENTRANCES, INC. | 6910-000 | N/A | 105,530.78 | 105,530.78 | 0.00 |
| Fennemore Craig (ADMINISTRATIVE) | 6210-160 | N/A | 14,103.60 | 14,103.60 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $119,634.38 | $119,634.38 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Arizona Department of Economic Security | 5800-000 | N/A | 18,849.72 | 18,849.72 | 0.00 |
| 3P | Arizona Department of Revenue | 5800-000 | 60,000.00 | 41,395.97 | 41,395.97 | 0.00 |
| 5 | City of Mesa | 5800-000 | 1,659.51 | 7,886.70 | 7,886.70 | 0.00 |
| 8 | Internal Revenue Service | 5800-000 | 156,420.00 | 184,524.75 | 184,524.75 | 0.00 |
| 9 | Internal Revenue Service | 5800-000 | N/A | 15,000.00 | 15,000.00 | 0.00 |
| NF | CITY OF PHOENIX | 5800-000 | 8,930.00 | N/A | N/A | 0.00 |
| NF | CITY OF TEMPE | 5800-000 | N/A | 6,727.25 | 6,727.25 | 0.00 |
| 13 | Arizona Department of Revenue | 5800-000 | N/A | 35,346.07 | 35,346.07 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $227,009.51 | $309,730.46 | $309,730.46 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank, N.A. | 7100-000 | N/A | 10,738.13 | 10,738.13 | 0.00 |
| 2U | Arizona Department of Economic Security | 7100-000 | N/A | 1,890.21 | 1,890.21 | 0.00 |
| 3U | Arizona Department of Revenue | 7100-000 | N/A | 6,380.15 | 6,380.15 | 0.00 |
| 4 | DESERT GLASS PRODUCTS | 7100-000 | 28,011.90 | 22,730.59 | 22,730.59 | 0.00 |
| 6 | Optex Technologies | 7100-000 | 1,556.00 | 1,556.00 | 1,556.00 | 0.00 |
| 7 | Silver Law Firm PLC | 7100-000 | 3,056.00 | 4,437.50 | 4,437.50 | 0.00 |
| NF | INTEGRA TELECOM | 7100-000 | 1,015.89 | N/A | N/A | 0.00 |
| NF | HEALTH NET LIFE | 7100-000 | 4,528.71 | N/A | N/A | 0.00 |
| NF | DISCOUNT TIRE | 7100-000 | 1,399.84 | N/A | N/A | 0.00 |
| NF | DOOR CONTROLS | 7100-000 | 2,288.19 | N/A | N/A | 0.00 |
| NF | HARDCORE DRAFTING | 7100-000 | 1,050.00 | N/A | N/A | 0.00 |
| NF | MIDWEST WHOLESALE | 7100-000 | 805.66 | N/A | N/A | 0.00 |
| NF | LONE STAR X-RAY | 7100-000 | 1,965.01 | N/A | N/A | 0.00 |
| NF | TRANSAMERICA | 7100-000 | 1,288.18 | N/A | N/A | 0.00 |
| NF | WINDOW TINTING | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NF | TOSHIBA | 7100-000 | 428.84 | N/A | N/A | 0.00 |
| NF | NUMBER ONE SIGNS | 7100-000 | 1,805.20 | N/A | N/A | 0.00 |
| NF | CR LAURENCE | 7100-000 | 2,057.34 | N/A | N/A | 0.00 |
| NF | NABCO | 7100-000 | 52,824.42 | N/A | N/A | 0.00 |
| NF | METRO TINT | 7100-000 | 693.00 | N/A | N/A | 0.00 |
| NF | ACCOUNTING WORLD | 7100-000 | 3,215.00 | N/A | N/A | 0.00 |
| NF | ACE AUTOMOBILES | 7100-000 | 4,272.03 | N/A | N/A | 0.00 |
| 10 | General Electric Capital Corp | 7100-000 | 2,321.82 | 6,810.81 | 6,810.81 | 0.00 |
| 11 | Wells Fargo Bank NA | 7100-000 | N/A | 2,333.72 | 2,333.72 | 0.00 |
| 12 | Bank of America, N.A. | 7100-000 | 50,000.00 | 29,596.28 | 29,596.28 | 0.00 |
| 14 | Arizona Department of Economic Security | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | INT'L ARCH PRODUCTS/NY CREDIT RECV. MAN | 7100-000 | N/A | 3,273.68 | 3,273.68 | 0.00 |
| 17 | INT'L ARCH PRODUCTS/NY CREDIT RECV. MAN | 7100-000 | N/A | 1,160.99 | 1,160.99 | 0.00 |
| 19 | Tint Wizard, LLC | 7100-000 | N/A | 10,137.48 | 10,137.48 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $164,883.03 | $101,045.54 | $101,045.54 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:10-30751-RTB-EPB  
**Case Name:** ACTION ENTRANCES, INC.

**Trustee:** (240230) DALE D ULRICH  
**Filed (f) or Converted (c):** 11/08/12 (c)  
**§341(a) Meeting Date:** 12/10/12

**Period Ending:** 08/12/15  
**Claims Bar Date:** 04/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 14,000.00 | 14,000.00 | | 260.00 | FA |
| 2 | BANK ACCOUNTS | 1,000.00 | 1,000.00 | | 20.16 | FA |
| 3 | ACCOUNTS RECEIVABLE | 279,703.91 | 279,703.91 | | 29,539.41 | FA |
| 4 | FLEET TRUCKS (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 5 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 3,250.00 | 3,250.00 | | 0.00 | FA |
| 6 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 7 | INVENTORY | 50,000.00 | 50,000.00 | | 41,004.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$357,953.91** | **$357,953.91** | | **$80,823.57** | **$0.00** |

RE PROP# 4    Assets were sold as part of inventory sale.

**Major Activities Affecting Case Closing:**

    Collecting accounts receivable.

**Initial Projected Date Of Final Report (TFR):** March 31, 2014      **Current Projected Date Of Final Report (TFR):** May 12, 2015 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 2:10-30751-RTB-EPB  
**Case Name:** ACTION ENTRANCES, INC.

**Trustee:** DALE D ULRICH (240230)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******39-66 - Checking Account

**Taxpayer ID #:** **-***1760  
**Period Ending:** 08/12/15

**Blanket Bond:** $54,116,227.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/12 | {1} | DALE ULRICH, TRUSTEE | DEPOSIT PETTY CASH | 1129-000 | 260.00 | | 260.00 |
| 11/21/12 | {3} | TRIZETTO | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 142.00 | | 402.00 |
| 11/21/12 | {3} | GLENDALE THUNDERBIRD | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 142.00 | | 544.00 |
| 11/21/12 | {3} | WELLS FARGO BANK | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 142.00 | | 686.00 |
| 11/21/12 | {3} | ARIZONA EYE INSTITUTE | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 152.73 | | 838.73 |
| 11/21/12 | {3} | TANNER TERRACE APARTMENTS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 618.34 | | 1,457.07 |
| 11/21/12 | {3} | CUNA MUTUAL INVESTMENT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 382.16 | | 1,839.23 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,814.23 |
| 12/05/12 | {3} | HOBBY LOBBY | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 142.00 | | 1,956.23 |
| 12/05/12 | {3} | WONG RESTAURANT SERVICES | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 96.99 | | 2,053.22 |
| 12/05/12 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 2,078.22 |
| 12/05/12 | {3} | ALBERTSONS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 59.00 | | 2,137.22 |
| 12/05/12 | {3} | CITY OF SCOTTSDALE | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 636.44 | | 2,773.66 |
| 12/05/12 | {3} | LIFE CARE CENTERS OF AMERICA | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 688.04 | | 3,461.70 |
| 12/11/12 | {3} | IRONWOOD PHYSICIANS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 2,113.13 | | 5,574.83 |
| 12/11/12 | {3} | ACTION ENTRANCES | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 1,500.00 | | 7,074.83 |
| 12/11/12 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 52.43 | | 7,127.26 |
| 12/11/12 | {3} | SCOTTSDALE VILLAGE SQUARE | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 338.11 | | 7,465.37 |
| 12/11/12 | {3} | ST JOHNS MANOR | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 312.82 | | 7,778.19 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001024023088 20121220 | 9999-000 | | 7,778.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,803.19 | 7,803.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,778.19 | |
| | | | **Subtotal** | | 7,803.19 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,803.19** | **$25.00** | |

{} Asset reference(s)

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 2:10-30751-RTB-EPB | Trustee: | DALE D ULRICH (240230) | |
| Case Name: | ACTION ENTRANCES, INC. | Bank Name: | Rabobank, N.A. | |
| | | Account: | ******1766 - Checking Account | |
| Taxpayer ID #: | **-***1760 | Blanket Bond: | $54,116,227.00 (per case limit) | |
| Period Ending: | 08/12/15 | Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,778.19 | | 7,778.19 |
| 12/24/12 | {3} | RECREATION CENTERS OF SUN CITY | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 502.53 | | 8,280.72 |
| 12/24/12 | {3} | SLO RIDGECREST LLC | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 325.62 | | 8,606.34 |
| 12/24/12 | {3} | EMERITUS CORPORATION | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 715.84 | | 9,322.18 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,312.18 |
| 01/09/13 | {6} | PRIME GLASS LLC | DOWN PAYMENT ON PURCHASE | 1129-000 | 10,000.00 | | 19,312.18 |
| 01/09/13 | {3} | MINER FLEET MANAGEMENT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 142.00 | | 19,454.18 |
| 01/09/13 | {3} | IRONWOOD PHYSICIANS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 388.69 | | 19,842.87 |
| 01/09/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 32.00 | | 19,874.87 |
| 01/09/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 19,899.87 |
| 01/09/13 | {3} | JETRO CASH & CARRY | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 262.60 | | 20,162.47 |
| 01/09/13 | {3} | AZ-ONCOLOGY ASSOCIATES, INC. | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 766.50 | | 20,928.97 |
| 01/09/13 | {3} | JETRO CASH & CARRY | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 142.00 | | 21,070.97 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.56 | 21,044.41 |
| 02/14/13 | {3} | SAFEWAY STORES | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 3,851.65 | | 24,896.06 |
| 02/14/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 24,916.06 |
| 02/22/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 24,941.06 |
| 02/22/13 | {7} | PRIME GLASS LLC | NOTE PAYMENT | 1129-000 | 3,417.00 | | 28,358.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.15 | 28,326.91 |
| 03/13/13 | {3} | JETRO CASH & CARRY | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 1,503.05 | | 29,829.96 |
| 03/13/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 29,854.96 |
| 03/13/13 | {7} | PRIME GLASS, LLC | SALES PROCEEDS | 1129-000 | 3,417.00 | | 33,271.96 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.94 | 33,229.02 |
| 04/09/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 26.00 | | 33,255.02 |
| 04/09/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 33,295.02 |
| 04/09/13 | {7} | PRIME GLASS | SALE OF ASSETS | 1129-000 | 3,417.00 | | 36,712.02 |
| 04/09/13 | {3} | PRIME GLASS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 36,742.02 |
| 04/09/13 | {3} | LOWERYS WINDOW & DOOR | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 500.00 | | 37,242.02 |
| 04/09/13 | {3} | LOWERY WINDOW & GLASS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 1,110.00 | | 38,352.02 |
| 04/09/13 | {2} | ACTION ENTRANCES | CLOSE BANK ACCOUNT | 1129-000 | 20.16 | | 38,372.18 |
| 04/20/13 | 10101 | LANE & NACH, P.C. | LEGAL FEES AND COSTS | | | 7,043.85 | 31,328.33 |
| | | | LEGAL FEES 6,951.00 | 3210-000 | | | 31,328.33 |
| | | | LEGAL COSTS 92.85 | 3220-000 | | | 31,328.33 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.56 | 31,273.77 |

Subtotals : $38,482.83 $7,209.06

{} Asset reference(s) Printed: 08/12/2015 09:52 AM V.13.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 2:10-30751-RTB-EPB | | Trustee: | DALE D ULRICH (240230) |
|---|---|---|---|---|
| Case Name: | ACTION ENTRANCES, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1766 - Checking Account |
| Taxpayer ID #: | **-***1760 | | Blanket Bond: | $54,116,227.00 (per case limit) |
| Period Ending: | 08/12/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/10/13 | {7} | PRIME GLASS LLC | NOTE PAYMENT | 1129-000 | 3,417.00 | | 34,690.77 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.42 | 34,641.35 |
| 06/12/13 | {7} | PRIME GLASS | NOTE PAYMENT | 1129-000 | 3,417.00 | | 38,058.35 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.96 | 38,009.39 |
| 07/11/13 | {7} | PRIME GLASS LLC | PURCHASE CONTRACT | 1129-000 | 3,417.00 | | 41,426.39 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.24 | 41,363.15 |
| 08/07/13 | {7} | PRIME GLASS LLC | NOTE PAYMENT | 1129-000 | 3,417.00 | | 44,780.15 |
| 08/15/13 | {3} | FSL PROGRAMS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 142.00 | | 44,922.15 |
| 08/15/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 44,952.15 |
| 08/15/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 44,977.15 |
| 08/15/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 44,992.15 |
| 08/15/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 58.00 | | 45,050.15 |
| 08/15/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 45,080.15 |
| 08/15/13 | {3} | AMF BOWLING CENTERS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 202.00 | | 45,282.15 |
| 08/15/13 | {3} | MINER FLEET MANAGEMENT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 120.00 | | 45,402.15 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.51 | 45,338.64 |
| 09/08/13 | {7} | PRIME GLASS | NOTE PAYMENT | 1129-000 | 3,417.00 | | 48,755.64 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.98 | 48,689.66 |
| 10/09/13 | {7} | PRIME GLASS | SALE PAYMENT | 1129-000 | 3,417.00 | | 52,106.66 |
| 10/17/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 52,126.66 |
| 10/17/13 | {3} | CLERK OF SUPERIOR COURT | SETTLEMENT PAYMENT | 1121-000 | 33.01 | | 52,159.67 |
| 10/17/13 | {3} | CLERK OF SUPERIOR COURT | SETTLEMENT PAYMENT | 1121-000 | 32.00 | | 52,191.67 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.53 | 52,111.14 |
| 11/07/13 | {7} | PRIME GLASS LLC | NOTE PAYMENT | 1129-000 | 3,417.00 | | 55,528.14 |
| 11/22/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 55,543.14 |
| 11/22/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 55,563.14 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.23 | 55,489.91 |
| 12/04/13 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 19.56 | | 55,509.47 |
| 12/04/13 | {7} | PRIME GLASS LLC | NOTE PAYMENT | 1129-000 | 3,417.00 | | 58,926.47 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.08 | 58,834.39 |
| 01/02/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 58,854.39 |
| 01/02/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 32.56 | | 58,886.95 |
| 01/08/14 | {7} | PRIME GLASS, LLC | NOTE PAYMENT | 1129-000 | 3,417.00 | | 62,303.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.11 | 62,212.84 |
| 02/03/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 62,227.84 |
| 02/03/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 70.20 | | 62,298.04 |
| 02/20/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 49.18 | | 62,347.22 |
| | | | | Subtotals : | $31,701.51 | $628.06 | |

{} Asset reference(s)     Printed: 08/12/2015 09:52 AM V.13.23

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 2:10-30751-RTB-EPB | **Trustee:** | DALE D ULRICH (240230) |
| **Case Name:** ACTION ENTRANCES, INC. | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******1766 - Checking Account |
| **Taxpayer ID #:** **-***1760 | **Blanket Bond:** | $54,116,227.00 (per case limit) |
| **Period Ending:** 08/12/15 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 62,362.22 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.63 | 62,278.59 |
| 03/25/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 17.67 | | 62,296.26 |
| 03/25/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 62,311.26 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.59 | 62,224.67 |
| 04/04/14 | {3} | PRIME GLASS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 500.00 | | 62,724.67 |
| 04/17/14 | {3} | PRIME GLASS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 500.00 | | 63,224.67 |
| 04/28/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 51.56 | | 63,276.23 |
| 04/28/14 | {3} | CLERK OF SUPERIOR COURT | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 63,291.23 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.31 | 63,194.92 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.89 | 63,104.03 |
| 06/27/14 | {3} | PRIME GLASS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 1,000.00 | | 64,104.03 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.73 | 64,016.30 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.19 | 63,915.11 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.86 | 63,826.25 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.92 | 63,728.33 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.71 | 63,633.62 |
| 11/13/14 | {3} | STEPHEN SALTER | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 2,000.00 | | 65,633.62 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.62 | 65,550.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.85 | 65,443.15 |
| 01/20/15 | {3} | PRIME GLASS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 500.00 | | 65,943.15 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.34 | 65,848.81 |
| 02/04/15 | {3} | PRIME GLASS LLC | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 500.00 | | 66,348.81 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.92 | 66,259.89 |
| 03/04/15 | {3} | PRIME GLASS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 500.00 | | 66,759.89 |
| 03/30/15 | {3} | PRIME GLASS | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 2,000.00 | | 68,759.89 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.28 | 68,657.61 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.75 | 68,558.86 |
| 05/07/15 | {3} | PRIME GLASS LLC | COLLECTION OF ACCOUNTS RECEIVABLE | 1121-000 | 3,000.00 | | 71,558.86 |
| 07/02/15 | 10102 | LANE & NACH, P.C. | Dividend paid 100.00% on $3,754.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 3,754.00 | 67,804.86 |
| 07/02/15 | 10103 | LANE & NACH, P.C. | Dividend paid 100.00% on $8.40, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 8.40 | 67,796.46 |
| 07/02/15 | 10104 | U.S. TRUSTEE | Dividend paid 100.00% on $39,325.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 39,325.00 | 28,471.46 |
| 07/02/15 | 10105 | Arizona Department of Revenue | Dividend paid 58.62% on $35,757.39; Claim# 3S; Filed: $35,757.39; Reference: | 4800-000 | | 20,963.93 | 7,507.53 |

| | | Subtotals : | $10,614.23 | $65,453.92 |
|---|---|---|---|---|

{} Asset reference(s)                      Printed: 08/12/2015 09:52 AM V.13.23

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 2:10-30751-RTB-EPB  
**Case Name:** ACTION ENTRANCES, INC.

**Trustee:** DALE D ULRICH (240230)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account

**Taxpayer ID #:** **-***1760  
**Period Ending:** 08/12/15

**Blanket Bond:** $54,116,227.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/02/15 | 10106 | DALE D ULRICH | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,507.53 | 0.00 |
| | | | Dividend paid 100.00%    7,291.18<br>on $7,291.18; Claim# ;<br>Filed: $7,291.18 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    216.35<br>on $216.35; Claim# ;<br>Filed: $216.35 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 80,798.57 | 80,798.57 | $0.00 |
| | | | Less: Bank Transfers | | 7,778.19 | 0.00 | |
| | | | **Subtotal** | | 73,020.38 | 80,798.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$73,020.38** | **$80,798.57** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******39-66** | 7,803.19 | 25.00 | 0.00 |
| **Checking # ******1766** | 73,020.38 | 80,798.57 | 0.00 |
| | **$80,823.57** | **$80,823.57** | **$0.00** |